IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHANE M. ALLEN and NICOLE J.
ALLEN, on behalf of themselves and
all others similarly situated,

        Plaintiffs,                      Case No.:  2:09-CV-54-FtM-99-DNF

v.

KNAUF GIPS KG, KNAUF PLASTERBOARD
TIANJIN CO., LTD., TAISHAN GYPSUM CO.
LTD. f/k/a SHANDONG TAIHE DONGXIN
CO. LTD., USG CORPORATION, L&W
SUPPLY CORPORATION d/b/a SEACOAST
SUPPLY, LA SUPREMA TRADING, INC., LA
SUPREMA ENTERPRISE, INC., BLACK
BEAR GYPSUM SUPPLY, INC., INDEPENDENT
BUILDERS SUPPLY ASSOCIATION, INC.,
ROTHCHILT INTERNATIONAL LIMITED, and
BANNER SUPPLY CO.
                                                       /

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

      Defendant, BANNER SUPPLY CO. ("BANNER"), by and through its undersigned counsel, files this Unopposed Motion for Extension of Time to Respond to Plaintiffs' ("Plaintiffs") Complaint, and as grounds therefor, states as follows:

      1.     On or about January 30, 2009, Plaintiffs SHANE M. ALLEN and NICOLE J. ALLEN filed the instant action against BANNER.

      2.     On or about February 20, 2009, Plaintiffs filed their Amended Complaint.

      3.     On or about March 19, 2009, BANNER was served with the Summons and Complaint, making its response due on or before April 8, 2009.

{218429.0005/N0759314_1}

4.  Undersigned counsel has only recently been retained and is in need of additional time to review the file, meet with its client and prepare an appropriate response.

5.  Unfortunately, however, due to time constraints, scheduling issues, medical issues and pre-paid vacations, BANNER is in need of an additional twenty (20) days to respond to the Complaint.

## COMPLIANCE WITH LOCAL RULE 3.01(g)

Undersigned counsel hereby certify that they have made a good faith effort to resolve the issues raised herein by contacting Plaintiffs' counsel and seeking consent to the relief sought. Counsel for Plaintiffs has advised that he has no objection to the requested extension.

WHEREFORE, Defendant BANNER SUPPLY CO. respectfully requests that this Court enter an Order extending the time for BANNER to respond to Plaintiffs' Complaint up to and including April 28, 2009, together with such other and further relief as this Court deems just and proper.

ADORNO & YOSS LLP

/s/ Jeffrey A. Backman
Jan Douglas Atlas
jatlas@adorno.com
Florida Bar No.: 226426
Jeffrey A. Backman
jbackman@adorno.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301-4217
(954) 763-1200
Attorneys for Defendant
Banner Supply Co.

Case No.: 2:09-CV-54-FtM-99-DNF

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2009, I electronically filed the foregoing document and this certificate with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

| | |
|---|---|
| Daniel K. Bryson, Esq.<br>Lewis & Roberts, PLLC<br>1305 Navaho Drive<br>Suite 400<br>Raleigh, NC 27609<br>Phone: (919) 981-0191<br>Fax: (919) 081-0431<br>*Counsel for Plaintiffs Nicole J. Allen and Shane M. Allen* | Jordan Lucas Chaikin<br>Parker Waichman Alonso, LLP<br>Suite 106<br>27399 Riverview Center Blvd.<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055<br>Email: jchaikin@yourlawyer.com<br>*Counsel for Plaintiffs Nicole J. Allen and Shane M. Allen* |
| Gary E. Mason, Esq.<br>The Mason Law Firm, PC<br>Suite 500<br>1225-19th St., NW<br>Washington, DC 20036<br>Phone: (202) 429-2290<br>Fax: (202) 429-2294<br>Email: gmason@masonlawdc.com<br>*Counsel for Plaintiffs Nicole J. Allen and Shane M. Allen* | Scott Wm. Weinstein, Esq.<br>Morgan & Morgan, P.A.<br>12800 University Drive<br>Suite 600<br>P.O. Box 9504<br>Fort Myers, FL 33906<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>Email: sweinstein@forthepeople.com<br>*Counsel for Plaintiffs Nicole J. Allen and Shane M. Allen* |
| J. Michael Papantonio, Esq.<br>Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.<br>316 S. Baylen St. – Suite 600<br>P.O. Box 12308<br>Pensacola, FL 32591<br>Phone: (850) 435-7166<br>Fax: (850) 436-6220<br>Email: dbailey@levinlaw.com<br>*Counsel for Plaintiffs Nicole J. Allen and Shane M. Allen* | Helaine S. Goodner, Esq.<br>Fowler White Burnett, PA<br>Espirito Santo Plaza – 14th Floor<br>1395 Brickell Avenue<br>Miami, FL 33131<br>Phone: (305) 789-9200<br>Fax: (305) 789-9201<br>Email: hgoodner@fowler-white.com<br>*Counsel for Defendant Black Bear Gypsum Supply, Inc.* |

| | |
|---|---|
| Christopher Craig Casper, Esq.<br>James, Hoyer, Newcomer & Smiljanich, P.A.<br>One Urban Centre – Suite 550<br>4830 W. Kennedy Blvd.<br>Tampa, FL 33609<br>Phone: (813) 286-4100<br>Fax: (813) 286-4174<br>Email: ccasper@jameshoyer.com<br>*Counsel for Interested Party Kristin Morgan Culliton* | Independent Builders Supply Association, Inc.<br>1801 Wal Pat Road<br>Smithfield, NC 27577 |
| Knauf Gips KG<br>Ridham Dock, Kemsley<br>Sittingbourne, Kent ME9 8SR, UK | Knauf Plasterboard (Tianjin) Co. Ltd.<br>North Yinhe Bridge, East Jingjin Road<br>Beichen District<br>Tianjin, China 300400 P.R.C. |
| Susan J. Cole, Esq.<br>Bice Cole Law Firm<br>999 Ponce De Leon Blvd.<br>Suite 710<br>Coral Gables, FL 33134<br>Phone: (305) 444-1225<br>Fax: (305) 446-1598<br>Email: cole@bicecolelaw.com<br>*Counsel for Defendants L&W Supply Corporation and USG Corp.* | LA Suprema Enterprise, Inc.<br>221 NE 164th Street<br>North Miami Beach, FL 33160 |
| LA Suprema Trading, Inc.<br>221 NE 164th Street<br>North Miami Beach, FL 33160 | Rothschilt International Limited<br>N-510 Chia Hsin Bld.<br>Annex 96 Chung Shan N. Rd. Sec. 2<br>Taipei, Taiwan R.O.C. |
| Taishan Gypsum Co. Ltd.<br>f/k/a Shandong Taihe Dongxin Co., Ltd.<br>Dawenkou, Taian<br>Shandong, China 271026 | |

/s/ Jeffrey A. Backman
Jeffrey A. Backman